**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000446
22-JAN-2024
08:11 AM
Dkt. 48 OAWST**

NO. CAAP-23-0000446

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

COUNTY OF MAUI, Plaintiff-Appellee, v.
MICHAEL BASKIN; SEASHORE PROPERTIES, LLC,
Defendants-Appellants, and
JOHN DOES 1-20; JANE DOES 1-20; and DOE ENTITIES 1-20,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 2CCV-22-0000210)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Nakasone and McCullen, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed January 16, 2024, by Defendants-Appellants Michael Baskin and Seashore Properties LLC, the papers in support, and the record,

IT IS HEREBY ORDERED that the Stipulation for Dismissal of Appeal is approved and the appeal is dismissed. Hawaiʻi Rules of Appellate Procedure Rule 42(b).

DATED: Honolulu, Hawaiʻi, January 22, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge